**HELPING YOU STAY IN YOUR HOME.**  
**MAKING HOME AFFORDABLE**

*You may be able to make your payments more affordable.*
*Act now to get the help you need!*

06/27/2017

JOANN NICHOLS
2907 CALHOUN AVE
CHATTANOOGA, TENNESSEE 37407

Loan #: ██████2174
Property Address: 2907 CALHOUN AVE
CHATTANOOGA, TENNESSEE 37407

Dear JOANN NICHOLS

**Congratulations!** You are eligible for a Home Affordable Modification. As previously described, if you comply with the terms of the Home Affordable Modification trial period plan, we will modify your mortgage loan and waive all prior late charges that remain unpaid.

The enclosed Home Affordable Modification Agreement ("Modification Agreement") reflects the proposed terms of your modified mortgage.

**How to Accept This Offer:**

**STEP 1    COMPLETE AND RETURN THE ENCLOSED AGREEMENT BY THE DUE DATE**

To accept this offer, you must sign and return both copies of the Modification Agreement to us in the enclosed, pre-paid envelope by    JULY 19, 2017    . If the Modification Agreement has notary provisions at the end, you must sign both copies before a notary public and return the notarized copies to us. We encourage you to make a copy of all documents for your records. If you do not send both signed copies of the Modification Agreement by the above date, you must contact us if you still wish to be considered for this program and have your loan modified.

**STEP 2    CONTINUE TO MAKE YOUR TRIAL PERIOD PAYMENTS ON TIME**

Be certain to make any remaining trial period payments on or before the dates they are due. If the trial period payments are made after their due dates or in amounts different from the amount required, your loan may not be modified.

To better understand the proposed terms of your modified mortgage, please read the attached summary of your modified mortgage and the Modification Agreement.

☐ Once your first mortgage is permanently modified under HAMP if you have a second mortgage on the same property, you may be eligible for a modification on your second mortgage under the Second Lien Modification Program (2MP). Please visit www.MakingHomeAffordable.gov/programs/second-mortgage-help/Pages/default.aspx to see if your second mortgage servicer is participating in 2MP. If your second mortgage servicer is participating, you should hear from them within 60 days. If not, please contact them directly to see if you are eligible for a modification; or

☐                                                                        also services a second mortgage loan on your property.
Within the next 60 days,                                                  will review your second mortgage loan to determine if it is eligible for modification and will communicate our determination to you in writing. If you have not received communication from                                  within that time you may contact

We look forward to hearing from you no later than    JULY 19, 2017    .

Sincerely,

The *Making Home Affordable* program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we - your mortgage servicer - and the Federal Government are working to offer you options to help you stay in your home.

*Attachments: Summary of Your Modified Mortgage, Two copies of the Modification Agreement*

MODIFICATION AGREEMENT - COVER LETTER
CL5.HMP 06/20/17                                        Page 1 of 3                    DocMagic eForms
                                                                                        www.docmagic.com

| SUMMARY | Here is a summary of your modified mortgage. |
|---|---|

**NEW PRINCIPAL BALANCE.** Any past due amounts as of the end of the trial period, including unpaid interest, real estate taxes, insurance premiums, and certain assessments paid on your behalf to a third party, will be added to your mortgage loan balance. In addition, your mortgage insurance premium may increase as a result of the higher mortgage loan balance. **If you fulfill the terms of the trial period including, but not limited to, making any remaining trial period payments, we will waive ALL late charges that have accrued and remain unpaid at the end of the trial period.**

- [X] **INTEREST RATE.** The interest rate on your modified loan will be adjusted as noted in the attached Modification Agreement in Section 3.C.

- [X] **TERM EXTENSION.** To reduce your mortgage payment, we will extend the term of your mortgage. This means we will spread your payments over a longer period.

- [ ] **DEFERRAL OF PRINCIPAL.** To further reduce your mortgage payment, we will defer collection of and not collect interest on $N/A of your outstanding principal. You will not be required to make monthly payments on that portion. This portion of principal will be due when you pay off the modified loan, which will be when you sell or transfer an interest in your house, refinance the loan, or when the last scheduled payment is due.

- [ ] **PRINCIPAL FORGIVENESS.** To further reduce your mortgage payment, we will forgive a portion of your outstanding principal equal to N/A. You will never be required to repay this amount. However, there could be income tax consequences related to this forgiveness, and you should consult a tax advisor.

- [ ] **PRINCIPAL REDUCTION ALTERNATIVE.** You may be eligible to have some of your principal forgiven on a deferred basis. If you make your monthly mortgage payments on time, we will forgive $N/A of the principal balance of your loan each year on the anniversary of your first trial period payment date for three years. You will lose this benefit if your modified loan loses good standing, which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month, at any time during this three-year period, including all accrued and unapplied amounts, even if the mortgage loan is later brought current. Any principal forgiveness will be reported to the Internal Revenue Service and may have tax consequences. Therefore, you are advised to seek guidance from a tax professional. Please contact us at 866-545-9070 if you do not want principal forgiveness, we may have other modification options for you.

- [X] **ESCROW ACCOUNT.** The terms of your Modification Agreement require the servicer to set aside a portion of your new monthly payment in an escrow account for payment of your property taxes, insurance premiums and other required fees. Any prior waiver of escrows by your lender is no longer in effect. PENNYMAC LOAN SERVICES LLC will draw on this account to pay your real estate taxes and insurance premiums as they come due. Please note that your escrow payment amount will adjust if your taxes, insurance premiums and/or assessment amounts change, so the amount of your monthly payment that PENNYMAC LOAN SERVICES LLC must place in escrow will also adjust as permitted by law. This means that your monthly payment may change. Your initial monthly escrow payment will be $145.82. This amount is included in the loan payment noted in Section 3.C. of the enclosed Modification Agreement; you do not need to remit this amount separately.

- [ ] **ESCROW SHORTAGE.** Due to the timing of your tax and insurance payments, we have determined that there is a shortage of funds in your escrow account in the amount of $N/A. You may pay this amount over a N/A -year ( N/A months) period. This monthly payment has already been included in the monthly escrow payment stated above. **If you wish to pay the total shortage now in a lump sum, please contact us. Paying this amount now in a lump sum will reduce your new monthly mortgage payment.** Servicer may include alternative provisions to deal with an escrow shortage in accordance with applicable law.

**PAYMENT SCHEDULE.** The enclosed Modification Agreement includes a payment schedule in Section 3.C. showing your payment plan for the life of your modified loan after the trial period.

**FEES.** There are no fees or other charges for this modification.

**REPRESENTATIONS.** Please read the enclosed Modification Agreement carefully and make sure that you understand it and that the statements set forth therein, including, but not limited to, the "My Representations" section, are true and accurate. If you have any questions, please contact us at 866-545-9070.

MODIFICATION AGREEMENT - COVER LETTER
CL5.HMP 06/20/17                        Page 2 of 3                    DocMagic eForms
                                                                       www.docmagic.com

| SUMMARY | Here is a summary of your modified mortgage. |
|---|---|

**BORROWER INCENTIVE.**

[X] If you make your monthly mortgage payments on time, you will accrue a monthly benefit equal to $34.27 [the lesser of: (i) $83.33 or (ii) one-half of the reduction in the monthly mortgage payment] for the first five years of your modification. As long as your mortgage loan does not lose good standing, which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month, we will apply your accrued monthly benefit to reduce your principal balance after each of the first through fifth anniversaries of the month in which the trial period plan is executed. In addition, you will earn a one-time benefit of $5,000 if you remain in good standing for an additional sixth year. We will apply this one-time benefit to reduce your principal balance after the sixth anniversary of the month in which your trial period plan was executed. If your modified loan loses good standing at any time during this six-year period, you will lose all unapplied principal reduction benefits and will no longer be eligible for additional principal reduction benefits, even if the mortgage loan is later brought current.

[ ] If you make your monthly mortgage payments on time for six years after receiving your modification, you will earn a one-time benefit of $5,000. As long as your mortgage loan does not lose good standing, which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month, we will apply this benefit to reduce your principal balance after the sixth anniversary of the month in which your trial period plan was executed. If your modified loan loses good standing at any time during this six-year period, you will no longer be eligible to earn the one-time benefit, even if the mortgage loan is later brought current.

MODIFICATION AGREEMENT - COVER LETTER
CL5.HMP  06/20/17                                     Page 3 of 3                         DocMagic eForms
                                                                                           www.docmagic.com

This Instrument Was Prepared By:

After Recording Return To:
PENNYMAC LOAN SERVICES LLC
6101 CONDOR DRIVE
MOORPARK, CALIFORNIA 93021
Loan Number: 1003742174

———————————— [Space Above This Line For Recording Data] ————————————

Investor Loan #:              FHA Case No. 481-2775719

# HOME AFFORDABLE MODIFICATION AGREEMENT

The maximum principal indebtedness for Tennessee recording tax purposes is $ 48,485.53

Borrower ("I")[1]:   JOANN NICHOLS

Lender or Servicer ("Lender"): PENNYMAC LOAN SERVICES LLC

Date of first lien mortgage, deed of trust, or security deed ("Mortgage") and Note ("Note"): JULY 25, 2008

Loan Number: ▇▇▇▇2174

Property Address ("Property"): 2907 CALHOUN AVE, CHATTANOOGA, TENNESSEE 37407

If my representations and covenants in Section 1 continue to be true in all material respects, then this Home Affordable Modification Agreement ("Agreement") will, as set forth in Section 3, amend and supplement (1) the Mortgage on the Property, and (2) the Note secured by the Mortgage. The Mortgage and Note together, as they may previously have been amended, are referred to as the "Loan Documents." Capitalized terms used in this Agreement and not defined have the meaning given to them in Loan Documents.

I understand that after I sign and return two copies of this Agreement to the Lender, the Lender will send me a signed copy of this Agreement. This Agreement will not take effect unless the preconditions set forth in Section 2 have been satisfied.

---

[1] If more than one Borrower or Mortgagor is executing this document, each is referred to as "I." For purposes of this document words signifying the singular (such as "I") shall include the plural (such as "we") and vice versa where appropriate.

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09 (rev. 10/10)
TN3157.LMA  11/28/11         Page 1 of 9         DocMagic eForms
www.docmagic.com

1. **My Representations and Covenants.** I certify, represent to Lender, covenant and agree:

   A. I am experiencing a financial hardship, and as a result, (i) I am in default under the Loan Documents or my default is imminent, and (ii) I do not have sufficient income or access to sufficient liquid assets to make the monthly mortgage payments now or in the near future;

   B. One of the borrowers signing this Agreement lives in the Property as a principal residence, and the Property has not been condemned;

   C. There has been no impermissible change in the ownership of the Property since I signed the Loan Documents. A permissible change would be any transfer that the Lender is required by law to allow, such as a transfer to add or remove a family member, spouse or domestic partner of the undersigned in the event of a death, divorce or marriage;

   D. I have provided documentation for **all** income that I receive (and I understand that I am not required to disclose child support or alimony unless I chose to rely on such income when requesting to qualify for the Home Affordable Modification Program ("Program"));

   E. Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the Program, are true and correct;

   F. If Lender requires me to obtain credit counseling in connection with the Program, I will do so; and

   G. I have made or will make all payments required under a Trial Period Plan.

*[Check box if following applies:]*
☐ H. I was discharged in a Chapter 7 bankruptcy proceeding subsequent to the execution of the Loan Documents. Based on this representation, Lender agrees that I will not have personal liability on the debt pursuant to this Agreement.

2. **Acknowledgments and Preconditions to Modification.** I understand and acknowledge that:

   A. If prior to the Modification Effective Date as set forth in Section 3 the Lender determines that any of my representations in Section 1 are no longer true and correct or any covenant in Section 1 has not been performed, the Loan Documents will not be modified and this Agreement will terminate. In that event, the Lender will have all of the rights and remedies provided by the Loan Documents; and

   B. I understand that the Loan Documents will not be modified unless and until (i) the Lender accepts this Agreement by signing and returning a copy of it to me, and (ii) the Modification Effective Date (as defined in Section 3) has occurred. I further understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents if I fail to meet any one of the requirements under this Agreement.

3. **The Modification.** If my representations and covenants in Section 1 continue to be true in all material respects and all preconditions to the modification set forth in Section 2 have been met, the Loan Documents will automatically become modified on AUGUST 1, 2017        (the "Modification Effective Date") and all unpaid late charges that remain unpaid will be waived. I understand that if I have failed to make any

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
TN3157.LMA  11/28/11                                    Page 2 of 9

DocMagic eForms
www.docmagic.com

payments as a precondition to this modification under a Trial Period Plan, this modification will not take effect. The first modified payment will be due on AUGUST 1, 2017

A.  The Maturity Date will be: JULY 1, 2047

B.  The modified Principal balance of my Note will include all amounts and arrearages that will be past due as of the Modification Effective Date (including unpaid and deferred interest, fees, escrow advances and other costs, but excluding unpaid late charges, collectively, "Unpaid Amounts") less any amounts paid to the Lender but not previously credited to my Loan [Check box if following applies: ☐ and less Principal in the amount of $ N/A           which has been forgiven]. The new principal balance of my Note will be $ 48,485.53       (the "New Principal Balance"). I understand that by agreeing to add the Unpaid Amounts to the outstanding principal balance, the added Unpaid Amounts accrue interest based on the interest rate in effect under this Agreement. I also understand that this means interest will now accrue on the unpaid Interest that is added to the outstanding principal balance, which would not happen without this Agreement.

C.  Interest at the rate of         4.375 % will begin to accrue on the New Principal Balance as of JULY 1, 2017           and the first new monthly payment on the New Principal Balance will be due on AUGUST 1, 2017           . My payment schedule for the modified Loan is as follows:

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-31 | 4.375% | 07/01/2017 | 242.08 | 145.82 | 387.90 | 08/01/2017 | 360 |

*The escrow payments may be adjusted periodically in accordance with applicable law and therefore my total monthly payment may change accordingly.

The above terms in this Section 3.C. shall supersede any provisions to the contrary in the Loan Documents, including but not limited to, provisions for an adjustable, step or simple interest rate.

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
TN3157.LMA  11/28/11                    Page 3 of 9

DocMagic eForms
www.docmagic.com

I understand that, if I have a pay option adjustable rate mortgage loan, upon modification, the minimum monthly payment option, the interest-only or any other payment options will no longer be offered and that the monthly payments described in the above payment schedule for my modified Loan will be the minimum payment that will be due each month for the remaining term of the Loan. My modified Loan will not have a negative amortization feature that would allow me to pay less than the interest due resulting in any unpaid interest being added to the outstanding principal balance.

D. I will be in default if I do not comply with the terms of the Loan Documents, as modified by this Agreement.

E. If a default rate of interest is permitted under the Loan Documents, then in the event of default under the Loan Documents, as amended, the interest that will be due will be the rate set forth in Section 3.C.

4. **Additional Agreements.** I agree to the following:

   A. That all persons who signed the Loan Documents or their authorized representative(s) have signed this Agreement, unless (i) a borrower or co-borrower is deceased; (ii) the borrower and co-borrower are divorced and the property has been transferred to one spouse in the divorce decree, the spouse who no longer has an interest in the property need not sign this Agreement (although the non-signing spouse may continue to be held liable for the obligation under the Loan Documents); or (iii) the Lender has waived this requirement in writing.

   B. That this Agreement shall supersede the terms of any modification, forbearance, Trial Period Plan or other Workout Plan that I previously entered into with Lender.

   C. To comply, except to the extent that they are modified by this Agreement, with all covenants, agreements, and requirements of Loan Documents including my agreement to make all payments of taxes, insurance premiums, assessments, Escrow Items, impounds, and all other payments, the amount of which may change periodically over the term of my Loan.

   D. That this Agreement constitutes notice that the Lender's waiver as to payment of Escrow Items, if any, has been revoked, and I have been advised of the amount needed to fully fund my escrow account.

   E. That the Loan Documents as modified by this Agreement are duly valid, binding agreements, enforceable in accordance with their terms and are hereby reaffirmed.

   F. That all terms and provisions of the Loan Documents, except as expressly modified by this Agreement, remain in full force and effect; nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the Loan Documents; and that except as otherwise specifically provided in, and as expressly modified by, this Agreement, the Lender and I will be bound by, and will comply with, all of the terms and conditions of the Loan Documents.

   G. That, as of the Modification Effective Date, notwithstanding any other provision of the Loan Documents, if all or any part of the Property or any interest in it is sold or transferred without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by the Mortgage. Lender shall not exercise this option if state or federal law, rules or regulations prohibit the exercise of such option as of the date of such sale or transfer. If Lender exercises this option, Lender shall give me notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which I must pay all sums secured by the Mortgage. If I fail to pay these

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09 (rev. 10/10)
TN3157.LMA 11/28/11                      Page 4 of 9

DocMagic eForms
www.docmagic.com

sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Mortgage without further notice or demand on me.

H.  That, as of the Modification Effective Date, I understand that the Lender will only allow the transfer and assumption of the Loan, including this Agreement, to a transferee of my property as permitted under the Garn St. Germain Act, 12 U.S.C. Section 1701j-3. A buyer or transferee of the Property will not be permitted, under any other circumstance, to assume the Loan. Except as noted herein, this Agreement may not be assigned to, or assumed by, a buyer or transferee of the Property.

I.  That, as of the Modification Effective Date, if any provision in the Note or in any addendum or amendment to the Note allowed for the assessment of a penalty for full or partial prepayment of the Note, such provision is null and void.

J.  That, I will cooperate fully with Lender in obtaining any title endorsement(s), or similar title insurance product(s), and/or subordination agreement(s) that are necessary or required by the Lender's procedures to ensure that the modified mortgage Loan is in first lien position and/or is fully enforceable upon modification and that if, under any circumstance and not withstanding anything else to the contrary in this Agreement, the Lender does not receive such title endorsement(s), title insurance product(s) and/or subordination agreement(s), then the terms of this Agreement will not become effective on the Modification Effective Date and the Agreement will be null and void.

K.  That I will execute such other documents as may be reasonably necessary to either (i) consummate the terms and conditions of this Agreement; or (ii) correct the terms and conditions of this Agreement if an error is detected after execution of this Agreement. I understand that either a corrected Agreement or a letter agreement containing the correction will be provided to me for my signature. At Lender's option, this Agreement will be void and of no legal effect upon notice of such error. If I elect not to sign any such corrective documentation, the terms of the original Loan Documents shall continue in full force and effect, such terms will not be modified by this Agreement, and I will not be eligible for a modification under the Home Affordable Modification Program.

L.  Mortgage Electronic Registration Systems, Inc. ("MERS") is a separate corporation organized and existing under the laws of Delaware and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, (888) 679-MERS. In cases where the loan has been registered with MERS who has only legal title to the interests granted by the borrower in the mortgage and who is acting solely as nominee for Lender and Lender's successors and assigns, MERS has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling the mortgage loan.

M.  That Lender will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. In addition, I understand and consent to the disclosure of my personal information and the terms of the Trial Period Plan and this Agreement by Lender to (i) the U.S. Department of the Treasury; (ii) Fannie Mae and Freddie Mac in connection with their responsibilities under the Home Affordability and Stability Plan; (iii) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (iv) companies that perform support services for the Home Affordable Modification Program and the Second Lien Modification Program; and (v) any HUD certified housing counselor.

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
TN3157.LMA  11/28/11                    Page 5 of 9

DocMagic eForms
www.docmagic.com

N. That if any document related to the Loan Documents and/or this Agreement is lost, misplaced, misstated, inaccurately reflects the true and correct terms and conditions of the Loan as modified, or is otherwise missing, I will comply with the Lender's request to execute, acknowledge, initial and deliver to the Lender any documentation the Lender deems necessary. If the Note is replaced, the Lender hereby indemnifies me against any loss associated with a demand on the Note. All documents the Lender requests of me under this Section 4.N. shall be referred to as "Documents." I agree to deliver the Documents within ten (10) days after I receive the Lender's written request for such replacement.

O. That the mortgage insurance premiums on my Loan, if applicable, may increase as a result of the capitalization which will result in a higher total monthly payment. Furthermore, the date on which I may request cancellation of mortgage insurance may change as a result of the New Principal Balance.

*[Check box if following applies:]*
☐ P. If my Loan Documents govern a home equity loan or line of credit, then I agree that as of the Modification Effective Date, I am terminating my right to borrow new funds under my home equity loan or line of credit. This means that I cannot obtain additional advances, and must make payments according to this Agreement. (Lender may have previously terminated or suspended my right to obtain additional advances under my home equity loan or line of credit, and if so, I confirm and acknowledge that no additional advances may be obtained.)

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
TN3157.LMA  11/28/11                    Page 6 of 9

DocMagic eForms
www.docmagic.com

In Witness Whereof, the Lender and I have executed this Agreement.
PENNYMAC LOAN SERVICES LLC

_____
Lender

By: _____

_____
Date

_____*Jo Ann Nichols*_____ (Seal)    _____ (Seal)
JOANN NICHOLS              -Borrower                                 -Borrower

_____ (Seal)    _____ (Seal)
                           -Borrower                                 -Borrower

_____ (Seal)    _____ (Seal)
                           -Borrower                                 -Borrower

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
TN3157.LMA  11/28/11                  Page 7 of 9

DocMagic *eForms*
www.docmagic.com

———————————————— [Space Below This Line For Acknowledgments] ————————————————

**LENDER ACKNOWLEDGMENT**

State of ___TENNESSEE_____ )

County of ___HAMILTON_____ )

On this _____ day of _____, before me appeared

_____ ,

to me personally known (or proved to me on the basis of satisfactory evidence), who, being by me duly sworn (or affirmed) did say that he/she is the president (or other officer or agent of the corporation or association) of

___PENNYMAC LOAN SERVICES LLC_____

and that the seal affixed to the instrument is the corporate seal of the corporation (or association), and that the instrument was signed and sealed in behalf of the corporation (or association), by authority of its Board of Directors

(or Trustees) and _____

acknowledged the instrument to be the free act and deed of the corporation (or association).

_____
Notary Public

(Seal)                My commission expires: _____

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
TN3157.LMA  11/28/11                    Page 8 of 9

DocMagic eForms
www.docmagic.com

**BORROWER ACKNOWLEDGMENT**

State of  TENNESSEE                  )

County of  Hamilton                  )

On this  18  day of  July 2017                  , before me personally appeared
JOANN NICHOLS

to me known to be the person (or persons) described in and who executed the foregoing instrument, and acknowledged that he/she/they executed the same as his/her/their free act and deed.

_____
Notary Public

(Seal)

My commission expires: 3/8/2020

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
TN3157.LMA  11/28/11

Page 9 of 9

DocMagic eForms
www.docmagic.com

# PAYMENT LETTER TO BORROWER

FROM:  PENNYMAC LOAN SERVICES LLC
       6101 CONDOR DRIVE
       MOORPARK, CALIFORNIA 93021

RE:    Loan Number: ██████2174
       Property Address: 2907 CALHOUN AVE, CHATTANOOGA, TENNESSEE 37407

TO:    JOANN NICHOLS
       2907 CALHOUN AVE
       CHATTANOOGA, TENNESSEE 37407

Dear Borrower:

The monthly payments on the above referred to loan are to begin on AUGUST 1, 2017, and will continue monthly until JULY 1, 2047.

Your monthly payment will consist of the following:

| | |
|---|---:|
| PRINCIPAL AND INTEREST | $ 242.08 |
| MMI/PMI INSURANCE | |
| ESCROW FOR TAXES | 64.15 |
| ESCROW FOR INSURANCE | 81.67 |
| ESCROW FOR FLOOD INSURANCE | 0.00 |
| **TOTAL MONTHLY PAYMENTS** | $ 387.90 |

You are to make your payments to:
   PENNYMAC LOAN SERVICES LLC
   6101 CONDOR DRIVE
   MOORPARK, CALIFORNIA 93021

Any correspondence, or calls, in reference to your loan, please refer to the above loan number.

PAYMENT LETTER TO BORROWER
PAYMENT.LSR 12/13/16                Page 1 of 2                DocMagic eForms
                                                               www.docmagic.com

Copy received and acknowledged.

Date: 7/18/17

_Jo Ann Nichols_
JOANN NICHOLS

*(Space above reserved for Recorder of Security Instruments certification)*

Loan Number: ~~●●●●●~~2174

**Title of Document:** HOME AFFORDABLE MODIFICATION AGREEMENT

**Date of Document:** JUNE 27, 2017

**Grantor(s):** JOANN NICHOLS

**Grantor(s) Mailing Address:** 2907 CALHOUN AVE, CHATTANOOGA, TENNESSEE 37407

**Grantee(s):** PENNYMAC LOAN SERVICES LLC

**Grantee(s) Mailing Address:** 6101 CONDOR DRIVE, MOORPARK, CALIFORNIA 93021

**Legal Description:**
LOCATED IN THE FIRST CIVIL DISTRICT OF HAMILTON COUNTY, TENNESSEE: LOT NUMBER FIVE (5), BLOCK F, CLIFTON HEIGHTS NO. THREE (3), AS SHOWN BY PLAT RECORDED IN PLAT BOOK 9, PAGE 17, IN THE REGISTER'S OFFICE OF HAMILTON COUNTY, TENNESSEE.
A.P.N.: 156I D 002

Prepared by: German Rivas   (866)695-4122 Ext 7062.
PennyMac Loan Services LLC  (866)545-9070
Address: 6101 Condor Drive
Moorpark, CA 93021

**Reference Book and Page(s):** Book: 8728, Page: 408, Instrument Number: 2008073100254

*(If there is not sufficient space on this page for the information required,
state the page reference where it is contained within the document.)*

**PennyMac**[SM]

P.O. Box 514387
Los Angeles, CA 90051-4387

**Notice Date:** June 27, 2017

**Loan Number:** ▓▓▓2174
**Property Address:**
2907 Calhoun Ave
Chattanooga, TN. 37407

Joann Nichols

2907 Calhoun Ave
Chattanooga, TN. 37407

## LOAN MODIFICATION ITEMIZATION

| | | |
|---|---|---:|
| **Current Unpaid Principal Balance** | | 44428.09 |
| **Total Principal Reduction** | - | 0.00 |
| Principal Deferred | | 1 |
| Principal Forgiveness | | 2 |
| Principal Write Down | | 2 |
| Partial Claim | | 0.00[3] |
| **Total Amount Capitalized** [4] | + | 4842.68 |
| Delinquent Interest For Unpaid Mortgage Payments | | 2295.12 |
| Delinquent Escrow/Advances/Shortages | | 1572.56 |
| Foreclosure Attorney Fees & Costs | | 975.00 |
| Bankruptcy Attorney Fees & Costs | | 0.00 |
| Property Inspections / Preservation | | |
| Property Valuation | | |
| Other | | |
| **Total Amount of Credits** | - | 785.24 |
| Partial Payment Credit | | 785.24[5] |
| **Modified Unpaid Principal Balance** | | 48485.53 |

**Disclosures:**

[1] *Principal Deferred:* This means a portion of your principal balance that will no longer be due and owing until your loan matures or is refinanced or paid off. This amount will not accrue interest.

[2] *Principal Forgiveness or Principal Write Down:* This means a portion of your principal balance that you will no longer be responsible for paying. Principal may be immediately forgiven or may be forgiven after being deferred and after your modified loan payments have been timely made for an agreed-upon period of time.

[3] *Partial Claim:* This means a portion of your principal balance that will no longer be due and owing until your loan matures or is refinanced or paid off. This amount will not accrue interest. Partial Claim may include an amount needed to cover arrears in loan payments, legal fees and costs associated with a cancelled foreclosure, and potentially any additional amount for principal deferment.

[4] *Total Amount Capitalized:* This means amounts that were due and owing at the time of your loan modification that are being added to your unpaid principal balance as part of your modification to bring your loan to current status.

[5] *Partial Payment Credit:* These are trial plan payment amounts or other partial payments that have been credited to your account but were insufficient to constitute a regular monthly payment prior to your loan modification.

LM – Itemization Sheet 2-2017