Label Matrix for local noticing
0649-1
Case 1:17-bk-12265-SDR
Eastern District of Tennessee
Chattanooga
Tue Aug  1 15:27:48 EDT 2017

Hamilton County Trustee
Attn: Bankruptcy Dept
625 Georgia Ave Room 210
Chattanooga, TN 37402-1494

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PennyMac Loan Services, LLC
6101 Condor Drive
Moorpark, CA 93021-2602

1
United States Bankruptcy Court
31 East 11th Street
Chattanooga, TN 37402-4205

Advance America
4340M Ringgold Road, Ste. 160
Chattanooga, TN 37412

Advance America, Cash Advance Centers of TN,
135 N. Church Street
Spartanburg, SC 29306-5138

Advance Financial
3401 Rossville Blvd,
Chattanooga, TN 37407-1927

Alltran Financial
Goodyear
P.O. Box 9001006
Louisville, KY 40290-1006

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Cavalry
P.O. Box 820
Valhalla, NY 10595

Check Advance Overdraft
5022 Rossville Blvd.
Chattanooga, TN 37407-3529

Check Advance Overdraft Service, Inc.
5022 Rossville Blvd.
Chattanooga, TN 37407-3529

Comenity Bank
P.O. Box 183003
Columbus, OH 43218-3003

Dependable Security Systems, Inc.
506 Craven Road
Ringgold, GA 30736-7512

First Heritage
6231 Lee Highway, Suite 115
Chattanooga, TN 37421-3571

Kohls
P.O. Box 3115
Milwaukee, WI 53201-3115

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Ridge Loans
4143A Ringgold Road
Chattanooga, TN 37412-2455

(p)SOUTHEAST FINANCIAL C U
PO BOX 331788
NASHVILLE TN 37203-7517

Synchrony Bank
P.O. Box 965064
Orlando, FL 32896-5064

The Childrens Doctors
2366 Battlefield Parkway
Fort Oglethorpe, GA 30742-4030

United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402-4205

Verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Amelia Roberts
4115 North Terrace
Chattanooga, TN 37411-5248

Joann Jackson Nichols
2907 Calhoun Avenue
Chattanooga, TN 37407-1311

Kara L. West
Chapter 12 & 13 Trustee
P.O. Box 511
Chattanooga, TN 37401-0511

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar Mortgage LLC
P.O. Box 630267
Irving, TX 75063

Bank of America
P.O. Box 15019
Wilmington, DE 19886

(d)Nationstar Mortgage
PO Box 630267
Irving, TX 75063-0116

(d)Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741

Southeast Financial Credit
PO Box 6000
Brentwood, TN 37024

(d)Southeast Financial Credit Union
5110 Maryland Way Ste 100
Brentwood, TN 37027

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)PennyMac Loan Services
6101 Condor Drive
Moorpark, CA 93021-2602

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31